1  R. Joseph Trojan  CA Bar No. 137,068
   trojan@trojanlawoffices.com
2  TROJAN LAW OFFICES
3  9250 Wilshire Blvd., Suite 325
   Beverly Hills, CA  90212
4  Telephone:  310-777-8399
5  Facsimile:   310-777-8348

6  Attorneys for Plaintiff,
   PHOENIX SOLUTIONS, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 PHOENIX SOLUTIONS, INC., a        CASE NO.
   California corporation,           CV 08 0863
12

13         Plaintiff,                CERTIFICATION OF INTERESTED
                                     ENTITIES OR PERSONS RE:
14    v.

15 WELLS FARGO & COMPANY, a          COMPLAINT FOR DAMAGES AND
   Delaware corporation,             INJUNCTIVE RELIEF FOR
16                                   INFRINGEMENT OF U.S. PATENT
17         Defendant.                NOS. 6,633,846, 6,665,640, 7,050,977
                                     AND 7,277,854 UNDER 35 U.S.C. §
18                                   271

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 **CERTIFICATION OF INTERESTED**                -1-
   **ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Phoenix Solutions, Inc., Plaintiff – Assignee of U.S. Patent Nos. 6,633,846, 6,665,640, 7,050,977 and 7,277,854
2. Wells Fargo & Company, Defendant – Alleged Infringer of U.S. Patent Nos. 6,633,846, 6,665,640, 7,050,977 and 7,277,854
3. Dr. Ian Bennett, Non-party – Inventor of U.S. Patent Nos. 6,633,846, 6,665,640, 7,050,977 and 7,277,854

Respectfully submitted,

TROJAN LAW OFFICES

by

Dated: February 6, 2008

R. Joseph Trojan
Attorney for Plaintiff,
PHOENIX SOLUTIONS, INC.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** -2-