**UNITED STATES DISTRICT COURT**

**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                          General Court Number
Clerk                                                                                                          415.522.2000

## February 21, 2008

**CASE NUMBER:  CV 08-00863 EMC**
**CASE TITLE:  PHOENIX SOLUTIONS INC-v-WELLS FARGO AND CO**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Saundra B. Armstrong** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/21/08


FOR THE EXECUTIVE COMMITTEE:

_____
                                                                        Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                                Special Projects
Log Book Noted                                                        Entered in Computer 2/21/08ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                            Transferor CSA