1  R. Joseph Trojan, CA Bar No. 137,067
2  Trojan@trojanlawoffices.com
   TROJAN LAW OFFICES
3  9250 Wilshire Blvd., Suite 325
4  Beverly Hills, CA  90212
   Telephone:   310-777-8399
5  Facsimile:   310-777-8348

6
   Attorneys for Plaintiff,
7  PHOENIX SOLUTIONS, INC.

8
                  UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10
                        OAKLAND DIVISION
11

12  PHOENIX SOLUTIONS, INC., a        CASE NO. CV08-00863SBA
13  California corporation,
                                      **AMENDED NOTICE OF FILING OF**
14              Plaintiff,            **AFFIDAVIT OF PROCESS**
                                      **SERVICE ON WELLS FARGO &**
15         v.                         **COMPANY**

16
    WELLS FARGO & COMPANY, a
17  Delaware corporation,

18              Defendant.
19

20         Please take notice that Plaintiff, PHOENIX SOLUTIONS, INC., respectfully

21  submits Affidavit of Process Service of the following documents:  Complaint For

22  Damages and Injunctive Relief For Infringement Of U.S. Patent Nos. 6,633,846,
23
    6,665,640, 7,050,977 and 7,277,854 under 35 U.S.C. § 271 and Demand For Jury
24
    Trial Pursuant To Fed. R. Civ. Proc., Rule 38; Summons; Civil Coversheet;
25
26  Certification Of Interested Entities Or Persons;  Order Setting Initial Case
27

28  AMENDED NOTICE OF FILING OF              -1-
    AFFIDAVIT OF PROCESS SERVICE ON
    WELLS FARGO & COMPANY

TROJAN LAW OFFICES
Beverly Hills

1   Management Conference; and ADR Deadlines; Standing Order For Civil Practice

2
3   In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Report

4   On the Filing Or Determination Of An Action Re A Patent Or Trademark; Notice

5   Of Assignment Of Case To A Us Magistrate Judge For Trial; Welcome To The US

6
7   District Court, San Francisco;   US District Court Northern California ECF

8   Registration Information Handout, attached hereto as Exhibit 1, on the defendant

9   WELLS FARGO & COMPANY.

10

11

12                                        Respectfully submitted,

13                                        TROJAN LAW OFFICES
14                                        by

15

16
17  Date: March 3, 2008               /s/_____

18                                        R. Joseph Trojan
                                          Attorney for Plaintiff,
19                                        PHOENIX SOLUTIONS, INC.

20

21

22

23

24

25

26

27

28  AMENDED NOTICE OF FILING OF              -2-
    AFFIDAVIT OF PROCESS SERVICE ON
    WELLS FARGO & COMPANY

PROOF OF SERVICE

    I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above entitled action.  My business address is 9250 Wilshire Blvd., Suite 325, Beverly Hills, California 90212.

On March 3, 2008, I served:

**AMENDED NOTICE OF FILING OF AFFIDAVIT OF PROCESS SERVICE ON WELLS FARGO & COMPANY**

by transmitting to:

WELLS FARGO & COMPANY
Registered Agent of Service
CORPORATION SERVICE COMPANY
2711 Centerville Road, Suite 400
Wilmington, DE 19808

[X] BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing.   Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Beverly Hills, California, in the ordinary course of business.   I am aware that on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing shown on this proof of service.

[X] FEDERAL:  I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 3, 2008, at Beverly Hills, California.


                                          /s/
                                          Michiko Speier

TROJAN LAW OFFICES
BEVERLY HILLS

# EXHIBIT 1

# AFFIDAVIT OF PROCESS SERVER

## In The United States District Court for the Northern District of California

Phoenix Solutions, Inc., a California corporation
Plaintiff(s)

v

Wells Fargo & Company
Defendant(s)

Case No:  CV 08 0863  EMC

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.  And that within the boundaries of the state where service was effected, I was authorized to perform said service

**Service:**  I served Wells Fargo & Company

With the documents:  SEE ATTACHED

I served:  Mary Drummond, Managing Agent authorized to accept on behalf of Corporation Service Company,  Registered Agent

Service Address: 2711 Centerville Road, Suite 400, Wilmington, DE  19808

Date of Service: February 13, 2008            Time of Service:  2:30 p.m.

**Manner of Service:**  (X ) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**  After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address      ( ) Evading              ( ) Moved, left no forwarding  ( ) Other
( ) Address does not exist      ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on _____ at_____ , _____ at_____ ,
_____ at_____ , _____ at_____ , _____ at_____ , _____ at_____ ,

**Description:** Age: 40's  Sex: F    Race: B    Hgt: 5'6"    Wgt: 140   Hair: Brown    Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

February 14, 2008        at  Wilmington,    Delaware
Date                    City          State

State of Delaware
County of New Castle

Daniel Newcomb, Process Server
Delaware Attorney Services
2000 Pennsylvania Avenue, Suite 207
Wilmington, Delaware  19806  (302) 429-0657

Subscribed and Sworn before me, a Notary Public of the State of Delaware on February 14, 2008

Witness My Hand and Official Seal To

Kimberly J. Ryan, My Commission Expires 6/15/08
Notary Public, State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008

-Complaint For Damages And Injunctive Relief For Infringement Of U.S. Patent Nos. 6,633,846, 6,665,640, 7,050,977 And 7,277,854 Under 35 U.S.C. § 271 And Demand For Jury Trial Pursuant To Fed. R. Civ. Proc., Rule 38;

-Summons;

-Civil Coversheet;

-Certification Of Interested Entities Or Persons;

-Order Setting Initial Case Management Conference; And ADR Deadlines;

-Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen;

-Report On The Filing Or Determination Of An Action Re A Patent Or Trademark;

-Notice Of Assignment Of Case To a US Magistrate Judge For Trial;

-Welcome To The US District Court, San Francisco; and

-US District Court Northern California ECF Registration Information Handout