KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
EUGENE M. PAIGE - #202849
RYAN M. KENT - #220441
SANDEEP MITRA - #244054
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
WELLS FARGO & COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>                          Plaintiff,<br><br>     v.<br><br>WELLS FARGO& COMPANY, a Delaware corporation<br><br>                          Defendant. | Case No. CV 08-0863 SBA<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16** |

DISCLOSURE STATEMENT FILED PURSUANT TO LOCAL RULE 3-16
CASE NO. CV 08-0863

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 4, 2008

KEKER & VAN NEST, LLP

By: _____/s/ Eugene M. Paige_____
EUGENE M. PAIGE
Attorneys for Defendant
WELLS FARGO & COMPANY

---

412500.01

1

DISCLOSURE STATEMENT FILED PURSUANT TO LOCAL RULE 3-16
CASE NO. CV 08-0863