| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | EUGENE M. PAIGE - #202849 |
| | RYAN M. KENT - #220441 |
| 3 | SANDEEP MITRA - #244054 |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| 6 | Attorneys for Defendant |
| | WELLS FARGO & COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation, | Case No. CV 08-0863 SBA |
| Plaintiff, | |
| v. | **CORPORATE DISCLOSURE STATEMENT FILED PURSUANT TO FED. R. CIV. P. 7.1** |
| WELLS FARGO& COMPANY, a Delaware corporation | |
| Defendant. | |

1  Pursuant to Fed. R. Civ. P. 7.1, Defendant Wells Fargo & Company states that it has no
2  parent corporation and that no publicly held corporation owns ten percent or more of its stock.

Dated: March 4, 2008                                            KEKER & VAN NEST, LLP

By:  _____/s/ Eugene M. Paige_____
 EUGENE M. PAIGE
 Attorneys for Defendant
 WELLS FARGO & COMPANY