R. Joseph Trojan CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: 310-777-8399
Facsimile: 310-777-8348
**Attorneys for Plaintiff,**
**PHOENIX SOLUTIONS, INC.**

Daralyn J. Durie CA Bar No. 169,825
Eugene M. Paige CA Bar No. 202,849
Ryan M. Kent CA Bar No. 220441
Sandeep Mitra CA Bar No. 244054
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: 415-391-5400
Facsimile: 415-397-7188
**Attorneys for Defendant**
**WELLS FARGO & COMPANY**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. CV08-0863MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED COMPLAINT** |

1  Phoenix Solutions, Inc. (hereinafter "Phoenix") and Wells Fargo & Company
2  through their undersigned counsel, hereby move the Court for, and stipulate to, an
3  order permitting Phoenix to file an amended complaint for the purpose of
4  substituting "Wells Fargo Bank, N.A." for "Wells Fargo & Company."

5  Further, Counsel for Defendant stipulates to accept service through the
6  Court's electronic case filing system. Pursuant to Federal Rule of Civil Procedure
7  15(a)(3), Wells Fargo Bank, N.A.'s answer to the amended complaint shall be filed
8  within 10 days from the date of the Order permitting the amended complaint to be
9  filed.

11  **IT IS SO STIPULATED**

12  //
13  //
14  //
15  //
16  //
17  //
18  /
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  STIPULATION AND [PROPOSED]      CASE NO. CV08-0863 MHP
    ORDER TO FILE AMENDED      -1-
    COMPLAINT

TROJAN LAW OFFICES
BEVERLY HILLS

Respectfully submitted,

TROJAN LAW OFFICES

Date: April 22, 2008            /s/R. Joseph Trojan
                                R. Joseph Trojan
                                Attorney for Plaintiff,
                                PHOENIX SOLUTIONS, INC.

KEKER & VAN NEST

Date: April 22, 2008            /s/Eugene M. Paige
                                Daralyn J. Durie
                                Eugene M. Paige
                                Ryan M. Kent
                                Sandeep Mitra
                                Attorneys for Defendant,
                                WELLS FARGO & COMPANY

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

                                /s/R. Joseph Trojan
                                R. Joseph Trojan
                                Attorney for Plaintiff,
                                PHOENIX SOLUTIONS, INC.

**STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED COMPLAINT**                -2-                **CASE NO. CV08-0863 MHP**

**ORDER**

Upon the stipulation of counsel for all parties, the Request to file an amended complaint is hereby granted.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____     _____
                                         The Honorable Marilyn Hall Patel
                                         UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED COMPLAINT                 -3-                 CASE NO. CV08-0863 MHP