R. Joseph Trojan CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:    310-777-8348

Attorneys for Plaintiff,
PHOENIX SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>WELLS FARGO & COMPANY, a Delaware corporation,<br><br>           Defendant. | Case No. CV08-0863MHP<br><br>**PLAINTIFF PHOENIX SOLUTIONS, INC.'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11** |

//
//
//
//
//
//
//
//

**UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF**                                                        **CASE NO. CV08-0863 MHP**

Phoenix Solutions, Inc. (hereinafter "Phoenix") hereby requests the Initial Case Management Conference date be changed from May 5, 2008, to June 9, 2008.

On March 27, 2008, the Court scheduled the Initial Case Management Conference for May 5, 2008. *See* Docket Entry 17. R. Joseph Trojan, Phoenix's attorney, has been scheduled to serve as lead plaintiff's counsel on a jury trial set to begin on May 5, 2008 in the Superior Court of California, County of Ventura. *See* Declaration of R. Joseph Trojan ("Trojan Decl.") (¶ 2). The trial is estimated to last for two to three weeks. Id. Although, there were hopes of settling the matter before going to trial, it was confirmed on Friday, April 18, 2008, that the possibility of settlement is now remote. Id.

On, Monday, April 21, 2008, an associate of Trojan Law Offices spoke with opposing counsel regarding changing the date of the Initial Case Management Conference. *See* Trojan Decl. (¶ 5). On, Tuesday, April 22, 2008, an associate of Trojan Law Offices faxed to opposing counsel a proposed stipulation to change the date of the Initial Case Management Conference. *See* Trojan Decl. (¶ 6). On, Wednesday, April 23, 2008, counsel for Wells Fargo faxed a statement to the Trojan Law Offices that Wells Fargo could not stipulate to changing the date because Wells Fargo did not itself request the continued date, and a number of the facts set out in the proposed stipulation and supporting documents were uniquely within Phoenix's possession. *See* Trojan Decl. (¶ 7). However, Counsel for Wells Fargo has informed Phoenix that Wells Fargo does not oppose continuing the Initial Case Management Conference to Monday, June 9th, so long as counsel for both parties personally appear at that Conference. Id.

There have not been other time modifications in this case. *See* Trojan Decl. (¶ 3). Further, the requested time modification would not modify the schedule for this case other than to change the date of the Initial Case Management Conference from May 5, 2008 to June 9, 2008. *See* Trojan Decl. (¶ 4).

**UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF**   -1-                                           **CASE NO. CV08-0863 MHP**

Respectfully submitted,

TROJAN LAW OFFICES

Date: April 23, 2008          /s/R. Joseph Trojan
                              R. Joseph Trojan
                              Attorney for Plaintiff,
                              PHOENIX SOLUTIONS, INC.

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

                                     /s/R. Joseph Trojan
                                     R. Joseph Trojan
                                     Attorney for Plaintiff,
                                     PHOENIX SOLUTIONS, INC.

R. Joseph Trojan CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   310-777-8399
Facsimile:    310-777-8348

**Attorneys for Plaintiff,
PHOENIX SOLUTIONS, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO & COMPANY, a Delaware corporation,<br><br>　　　　　Defendant. | Case No. CV08-0863MHP<br><br>**DECLARATION OF R. JOSEPH TROJAN IN SUPPORT OF PLAINTIFF PHOENIX SOLUTION, INC.'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11** |

*//*
*//*
*//*
*//*
*//*
*//*

**DECLARATION OF R. JOSEPH TROJAN**　　　　　　　　　　　　　　　　　　　　　　　　　　**CASE NO. CV08-0863 MHP**

I, R. Joseph Trojan, declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California and the United States District Court for the Northern District of California. I am the principal of the Trojan Law Offices, the attorneys of record for Plaintiff, Phoenix Solutions, Inc. I have personal knowledge of the facts stated herein. If called upon to do so, I could and would competently testify that:

2. I am scheduled to serve as lead plaintiff's counsel on a jury trial set to begin on May 5, 2008. The trial is scheduled in the Superior Court of California, County of Ventura. The trial is estimated to last for two to three weeks. There were hopes of settling before going to trial but as a result of the last settlement conference in the case held on Friday, April 18, 2008, it is now highly unlikely the case will settle and I will be in trial on May 5, 2008.

3. There have not been other time modifications in this case.

4. The requested time modification would not modify the schedule for this case other than to change the date of the Initial Case Management Conference from May 5, 2008 to June 9, 2008.

5. On, Monday, April 21, 2008, an associate of Trojan Law Offices spoke with opposing counsel regarding changing the date of the Initial Case Management Conference.

6. On, Tuesday, April 22, 2008, an associate of Trojan Law Offices faxed to opposing counsel a proposed stipulation to change the date of the Initial Case Management Conference.

7. On, Wednesday, April 23, 2008, counsel for Wells Fargo faxed a statement to the Trojan Law Offices that Wells Fargo could not stipulate to changing the date because Wells Fargo did not itself request the continued date, and a number of the facts set out in the proposed stipulation and supporting documents were uniquely within Phoenix's possession. However, Counsel for Wells Fargo has

**DECLARATION OF R. JOSEPH TROJAN**     **CASE NO. CV08-0863 MHP**

informed Phoenix that Wells Fargo does not oppose continuing the Initial Case Management Conference to Monday, June 9th, so long as counsel for both parties personally appear at that Conference.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 23, 2008, in Beverly Hills, California.

                                                      /s/R. Joseph Trojan
                                                     R. Joseph Trojan

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

**DECLARATION OF R. JOSEPH TROJAN**                **CASE NO. CV08-0863 MHP**
-2-

TROJAN LAW OFFICES
BEVERLY HILLS

1  R. Joseph Trojan CA Bar No. 137,067
   trojan@trojanlawoffices.com
2  TROJAN LAW OFFICES
3  9250 Wilshire Blvd., Suite 325
   Beverly Hills, CA  90212
4  Telephone:   310-777-8399
5  Facsimile:    310-777-8348

6  Attorneys for Plaintiff,
7  PHOENIX SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>WELLS FARGO & COMPANY, a Delaware corporation,<br><br>           Defendant. | Case No. CV08-0863MHP<br><br>**PLAINTIFF PHOENIX SOLUTIONS, INC.'S [PROPOSED] ORDER** |

//
//
//
//
//
//
//
//

**[PROPOSED] ORDER**                                                                                     **CASE NO. CV08-0863 MHP**

TROJAN LAW OFFICES
BEVERLY HILLS

# ORDER

This Court, having considered all papers in support thereof, and in opposition thereto, for good cause appearing, and all other matters of record presented before the Court or to which this Court may take judicial notice, does HEREBY GRANT THE MOTION AND ORDERS AS FOLLOWS:

THIS COURT HEREBY CHANGES THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE FROM MAY 5, 2008, TO JUNE 9, 2008.

Date: _____                    _____
                                          The Honorable Marilyn Hall Patel
                                          UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER**                                    **CASE NO. CV08-0863 MHP**
-1-