R. Joseph Trojan CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone:   310-777-8399
Facsimile:   310-777-8348
**Attorneys for Plaintiff,**
**PHOENIX SOLUTIONS, INC.**

Daralyn J. Durie CA Bar No. 169,825
Eugene M. Paige CA Bar No. 202,849
Ryan M. Kent CA Bar No. 220441
Sandeep Mitra CA Bar No. 244054
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone:  415-391-5400
Facsimile:  415-397-7188
**Attorneys for Defendant**
**WELLS FARGO & COMPANY**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. CV08-0863MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED COMPLAINT** |

Phoenix Solutions, Inc. (hereinafter "Phoenix") and Wells Fargo & Company through their undersigned counsel, hereby move the Court for, and stipulate to, an order permitting Phoenix to file an amended complaint for the purpose of substituting "Wells Fargo Bank, N.A." for "Wells Fargo & Company."

Further, Counsel for Defendant stipulates to accept service through the Court's electronic case filing system. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Wells Fargo Bank, N.A.'s answer to the amended complaint shall be filed within 10 days from the date of the Order permitting the amended complaint to be filed.

**IT IS SO STIPULATED**

//
//
//
//
//
//
/
//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED COMPLAINT         -1-         CASE NO. CV08-0863 MHP

Respectfully submitted,

TROJAN LAW OFFICES

Date: April 22, 2008           /s/R. Joseph Trojan
                               R. Joseph Trojan
                               Attorney for Plaintiff,
                               PHOENIX SOLUTIONS, INC.


KEKER & VAN NEST

Date: April 22, 2008           /s/Eugene M. Paige
                               Daralyn J. Durie
                               Eugene M. Paige
                               Ryan M. Kent
                               Sandeep Mitra
                               Attorneys for Defendant,
                               WELLS FARGO & COMPANY

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

                               /s/R. Joseph Trojan
                               R. Joseph Trojan
                               Attorney for Plaintiff,
                               PHOENIX SOLUTIONS, INC.

**ORDER**

Upon the stipulation of counsel for all parties, the Request to file an amended complaint is hereby granted.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 4/23/2008

The Honorable Marilyn H. Patel
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION AND [PROPOSED] ORDER TO FILE AMENDED COMPLAINT    -3-    CASE NO. CV08-0863 MHP

TROJAN LAW OFFICES
BEVERLY HILLS