

1  R. Joseph Trojan CA Bar No. 137,067
   trojan@trojanlawoffices.com
2  TROJAN LAW OFFICES
3  9250 Wilshire Blvd., Suite 325
   Beverly Hills, CA  90212
4  Telephone:   310-777-8399
5  Facsimile:    310-777-8348

6  Attorneys for Plaintiff,
7  PHOENIX SOLUTIONS, INC.

8               **UNITED STATES DISTRICT COURT**
9
              **NORTHERN DISTRICT OF CALIFORNIA**
10
                **SAN FRANCISCO DIVISION**
11

12  PHOENIX SOLUTIONS, INC., a          Case No. CV08-0863MHP
    California corporation,
13                                       **PLAINTIFF PHOENIX
14              Plaintiff,               SOLUTIONS, INC.'S [PROPOSED]
                                         ORDER**
15         v.

16  WELLS FARGO & COMPANY, a
17  Delaware corporation,

18              Defendant.

19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27
    **[PROPOSED] ORDER**                          **CASE NO. CV08-0863 MHP**
28

*Trojan Law Offices*
*Beverly Hills*

**ORDER**

This Court, having considered all papers in support thereof, and in opposition thereto, for good cause appearing, and all other matters of record presented before the Court or to which this Court may take judicial notice, does HEREBY GRANT THE MOTION AND ORDERS AS FOLLOWS:

THIS COURT HEREBY CHANGES THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE FROM MAY 5, 2008, TO JUNE 9, 2008.

Date:  4/23/2008



The Honorable Marilyn Hall Patel
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

TROJAN LAW OFFICES
BEVERLY HILLS

**[PROPOSED] ORDER**

**CASE NO. CV08-0863 MHP**

-1-