1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  EUGENE M. PAIGE - #202849
   RYAN M. KENT - #220441
3  SANDEEP MITRA - #244054
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
7
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12
13 | PHOENIX SOLUTIONS, INC., a California corporation, | Case No. CV 08-0863 MHP
14 | Plaintiff, |
15 | v. | **CORPORATE DISCLOSURE STATEMENT FILED PURSUANT TO FED. R. CIV. P. 7.1**
16 | WELLS FARGO BANK, N.A., a Delaware corporation |
17 | |
18 | Defendant. |

19
20
21
22
23
24
25
26
27
28

416930.01

1  Pursuant to Fed. R. Civ. P. 7.1, Defendant Wells Fargo Bank, N.A. discloses that Wells Fargo & Company is a publicly held corporation, and that it directly and indirectly owns 100 percent of the stock of Defendant Wells Fargo Bank, N.A.  Wells Fargo & Company has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated:  May 7, 2008                                         KEKER & VAN NEST, LLP


                                                            By:  _____/s/ Eugene M. Paige_____
                                                                 Eugene M. Paige
                                                                 Attorneys for Defendant
                                                                 WELLS FARGO BANK, N.A.