UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX SOLUTIONS INC, | No. C 08-00863 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Case Management Conference)** |
| v. | |
| WELLS FARGO & COMPANY, | |
| Defendant(s). | |

The case management conference in this matter currently set for June 9, 2008, is hereby rescheduled to **June 2, 2008, at 2:00 p.m.**, to be heard in conjunction with C 07-2112 MHP *Phoenix Solutions -v- Sony Electronics.*

Richard W. Wieking
Clerk, U.S. District Court

Dated: May 27, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140