```
 1  TROJAN LAW OFFICES
    R. JOSEPH TROJAN - #137067
 2  9250 Wilshire Blvd, Suite 325
    Beverly Hills, CA 90212
 3  Telephone: (310) 777-8399
    Facsimile: (310) 777-8348
 4
    Attorneys for Plaintiff
 5  PHOENIX SOLUTIONS, INC.

 6  KEKER & VAN NEST, LLP
    DARALYN J. DURIE - #169825
 7  EUGENE M. PAIGE - #202849
    RYAN M. KENT - #220441
 8  SONALI D. MAITRA - #254896
    710 Sansome Street
 9  San Francisco, CA 94111-1704
    Telephone: (415) 391-5400
10  Facsimile: (415) 397-7188

11  Attorneys for Defendant
    WELLS FARGO BANK, N.A.
12
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>        Plaintiff,<br><br> v.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation,<br><br>        Defendant. | Case No. CV 08-0863 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 7-12 REGARDING DATE OF INITIAL CASE MANAGEMENT CONFERENCE** |

---

418270.01

STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 7-12 REGARDING DATE OF
INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. CV 08-0863 MHP

Pursuant to Local Rule 7-12, undersigned counsel for Phoenix Solutions, Inc. ("Phoenix") and Wells Fargo Bank, N.A. ("Wells Fargo") jointly and respectfully submit this stipulation regarding the date of the Initial Case Management Conference in this matter.

1. On March 27, 2008, following transfer of the matter to this Court, the Court entered an order setting the Initial Case Management Conference for May 5, 2008, at 4:00 p.m.

2. Counsel for Phoenix had a conflict with the May 5 date, and Wells Fargo did not oppose Phoenix's request to reschedule the Initial Case Management Conference for June 9, 2008, at 4:00 p.m.

3. On April 25, 2008, the Court entered an Order rescheduling the Initial Case Management Conference in this matter for June 9, 2008, at 4:00 p.m.

4. On May 27, 2008, the Court entered an Order rescheduling the Initial Case Management Conference in this matter for June 2, 2008 at 2:00 p.m.

5. Upon receiving the May 27, 2008 Order, counsel for Wells Fargo informed counsel for Phoenix that Daralyn Durie, lead counsel for Wells Fargo, has a conflict with appearing on June 2, 2008 at 2:00 p.m. because of a previously scheduled deposition. Counsel for Phoenix has no objection to rescheduling the Initial Case Management Conference for the previously set date and time of June 9, 2008 at 4:00 p.m.

6. Counsel for Phoenix and Wells Fargo therefore stipulate to, and respectfully request, an Order rescheduling the Initial Case Management Conference for Monday, June 9, 2008 at 4:00 p.m., the date for which it was previously set in the April 25, 2008 Order.

//
//
//
//
//
//
//

1

STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 7-12 REGARDING DATE OF INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. CV 08-0863 MHP

418270.01

7. In the event that the Court is not inclined to grant the parties' request to hold the Initial Case Management Conference on June 9, the parties stipulate that Ms. Durie is not required to attend the Initial Case Management Conference because of her scheduling conflict, and respectfully request that the Court excuse her absence.

Dated: May 28, 2008                                            TROJAN LAW OFFICES

                                                               By:       /s/ R. Joseph Trojan
                                                                     R. Joseph Trojan
                                                                     Attorneys for Plaintiff
                                                                     PHOENIX SOLUTIONS, INC.

Dated: May 28, 2008                                            KEKER & VAN NEST, LLP

                                                               By:       /s/ Eugene M. Paige
                                                                     Eugene M. Paige
                                                                     Attorneys for Defendant
                                                                     WELLS FARGO BANK, N.A.

## [PROPOSED] ORDER

Upon the joint stipulation of the parties, the request to reschedule the Initial Case Management Conference for June 9, 2008 at 4:00 p.m. is GRANTED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 29, 2008

*IT IS SO ORDERED*
*[signature]*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

2
STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 7-12 REGARDING DATE OF INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. CV 08-0863 MHP

418270.01