**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: June 9, 2008

Case No.   C 08-0863  MHP                    Judge: MARILYN H. PATEL

Title: PHOENIX SOLUTIONS INC -v- WELLS FARGO BANK NA

Attorneys:  Plf: R Joseph Trojan
            Dft: Daralyn Durie

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

4 patents at issue; 12 terms; Motion to strike withdrawn without prejudice to summary judgment motions;

Tutorial hearing set for 12/4/2008 at 2:30 pm;
Claim Construction hearing set for 12/11/2008 at 2:30 pm;

Briefing schedules as follows:

    Motions to be filed by 9/8/2008;
    Oppositions/discovery requests to be filed by 10/6/2008;
    Replies to be filed by 10/20/2008;
    Motions to be heard 2:00 pm on 11/10/2008;

Further Status conference set for 8/25/2008 at 3:00 pm, with a joint statement to be filed one week prior to the conference.