**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: August 25, 2008

Case No.   C 08-0863  MHP                    Judge: MARILYN H. PATEL

Title: PHOENIX SOLUTIONS INC -v- WELLS FARGO BANK NA

Attorneys:  Plf: R Joseph Trojan
            Dft: Daralyn Durie

Deputy Clerk:  Anthony Bowser    Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Counsel to submit simultaneous briefing re protective order not later than 9/8/2008, with a telephonic hearing to be held on 9/11/2008 at 3:00 pm (plaintiff to initiate conference call);