1  R. Joseph Trojan  CA Bar No. 137,067
2  trojan@trojanlawoffices.com
   TROJAN LAW OFFICES
3  9250 Wilshire Blvd., Suite 325
4  Beverly Hills, CA  90212
   Telephone:   (310) 777-8399
5  Facsimile:   (310) 777-8348
6  **Attorneys for Plaintiff,**
   **PHOENIX SOLUTIONS, INC.**
7

8              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
9                      **SAN FRANCISCO**

10

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation, | CASE NO. CV08-0863 MHP |
| Plaintiff, | **PHOENIX SOLUTIONS, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT RE: DEFENDANT WELLS FARGO BANK, N.A.'S AFFIRMATIVE DEFENSES ALLEGING INEQUITABLE CONDUCT** |
| v. | |
| WELLS FARGO BANK, N.A., a Delaware corporation, | |
| Defendant. | Date: November 10, 2008<br>Time: 2:00 p.m.<br>Hon. Marilyn H. Patel |

28  **Plaintiff's Notice of Motion for Summary**                    **CV08-0863 MHP**
    **Judgment re: Inequitable Conduct**

TROJAN LAW OFFICES
BEVERLY HILLS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 10, 2008, at 2:00 p.m., or as soon as counsel may be heard by the above-entitled Court, in the courtroom of the Honorable Marilyn H. Patel, Plaintiff Phoenix Solutions, Inc. ("Phoenix") will and hereby does move the Court for an order granting summary judgment on Wells Fargo Bank, N.A.'s ("Wells Fargo") affirmative defenses alleging inequitable conduct.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and Declaration of R. Joseph Trojan and Exhibits attached thereto, the Proposed Order Granting Plaintiff's Motion for Summary Judgment, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of hearing.

Respectfully submitted,

TROJAN LAW OFFICES
By

September 8, 2008        /s/R. Joseph Trojan
                         R. Joseph Trojan
                         Attorneys for Plaintiff,
                         Phoenix Solutions, Inc.

**Plaintiff's Notice of Motion for Summary Judgment re: Inequitable Conduct**       -1-       CV08-0863 MHP

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

9
10
11
12
13
14
15
16
17
18
19
20
21
22

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation,<br><br>Defendant. | CASE NO. CV08-0863 MHP<br><br>**[PROPOSED] ORDER GRANTING PHOENIX SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT RE: DEFENDANT WELLS FARGO BANK, N.A.'S AFFIRMATIVE DEFENSES ALLEGING INEQUITABLE CONDUCT**<br><br>Date: November 10, 2008<br>Time: 2:00 p.m.<br>Hon. Marilyn H. Patel |

23
24
25
26
27
28

TROJAN LAW OFFICES
BEVERLY HILLS

This matter came before the Court on motion brought by Plaintiff Phoenix Solutions, Inc. ("Phoenix") for summary judgment on Wells Fargo Bank, N.A.'s ("Wells Fargo") affirmative defenses alleging inequitable conduct.

The Court, having considered all papers and oral arguments in support thereof, and in opposition thereto, finds that Phoenix is entitled to judgment as a matter of law, and for good cause appearing,

**IT IS HEREBY ADJUDGED, ORDERED AND DECREED:**

1. Wells Fargo's Thirty-Fifth Affirmative Defense is dismissed with prejudice.
2. Wells Fargo's Thirty-Sixth Affirmative Defense is dismissed with prejudice.
3. Wells Fargo's Thirty-Seventh Affirmative Defense is dismissed with prejudice.
4. Wells Fargo's Thirty-Eighth Affirmative Defense is dismissed with prejudice.

Dated: _____       _____
                                Hon. Marilyn H. Patel
                                United States District Court Judge

Presented by:
Trojan Law Offices

/s/Dylan C. Dang
Dylan C. Dang
Attorneys for Plaintiffs
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348

**Proposed Order re: Plaintiff's Motion for Summary Judgment re: Inequitable Conduct**   -1-   CV08-0863 MHP

TROJAN LAW OFFICES
BEVERLY HILLS