| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | EUGENE M. PAIGE - #202849 |
| | RYAN M. KENT - #220441 |
| 3 | SONALI D. MAITRA – #254896 |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| 6 | Attorneys for Defendant |
| | WELLS FARGO BANK, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A., a Delaware corporation <br><br> Defendant. | Case No. CV 08-0863 MHP <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER** <br><br> Date:     October 20, 2008 <br> Time:    2:00 p.m. <br> Dept:    Courtroom 15, 18th Floor <br> Judge:   Hon. Marilyn Hall Patel <br><br> Date Comp. Filed:    February 8, 2008 <br><br> Trial Date:    TBD |

1  Presently before the Court is Defendant Wells Fargo Bank, N.A.,'s Motion for Leave to
2  File First Amended Answer.
3  Having considered Wells Fargo's motion papers, including all supporting declarations
4  and other materials, and any opposition and reply papers, argument of counsel, and the case
5  record, the Court hereby **ORDERS** that Wells Fargo's Motion for Leave to File First Amended
6  Answer **IS GRANTED**.  The clerk is directed to file Wells Fargo's First Amended Answer, which
7  is attached as Exhibit 5 to the Paige Declaration.

Dated: _____, 2008

                                    _____
                                    HON. MARILYN HALL PATEL
                                    United States District Court Judge