```
KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
EUGENE M. PAIGE - #202849
RYAN M. KENT - #220441
SONALI D. MAITRA – #254896
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
WELLS FARGO BANK, N.A.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation<br><br>              Defendant. | Case No. CV 08-0863 MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF ASSERTED CLAIMS**<br><br>Date:      November 10, 2008<br>Time:     2:00 p.m.<br>Dept:     Courtroom 15, 18th Floor<br>Judge:    Hon. Marilyn Hall Patel<br><br>Date Comp. Filed:    February 8, 2008<br><br>Trial Date:    TBD |

424856.01

[Proposed] Order Granting Defendant's Motion for Summary Judgment of Invalidity of Asserted Claims
Case No. CV 08-0863 MHP

1  Presently before the Court is Defendant Wells Fargo Bank, N.A.,'s motion for summary
2  judgment of invalidity as to claims 11, 17, 20 and 21 of U.S. Patent No. 6,633,846, claims 1, 3,
3  4, and 7 of U.S. Patent No. 6,665,640, claims 1, 6, 7 and 10 of U.S. Patent No. 7,050,977 and
4  claims 1, 7-9, 12, 15, 19-23, and 27-29 of U.S. Patent No. 7,277,854 (collectively, "Asserted
5  Claims").

6  Having considered Wells Fargo's motion papers, including all supporting declarations
7  and other materials, and any opposition and reply papers, argument of counsel, and the case
8  record, the Court hereby finds as follows:

- The Asserted Claims are anticipated by the sale and use of the Nuance Speech Recognition System more than a year prior to the filing date of the patents in suit, and therefore are invalid.

**IT IS HEREBY ORDERED** Wells Fargo's motion for summary judgment of invalidity of asserted claims **IS GRANTED**.

Dated: _____, 2008

_____
HON. MARILYN HALL PATEL
United States District Court Judge

---

424856.01

1
[Proposed] Order Granting Defendant's Motion for Summary Judgment of Invalidity of Asserted Claims
Case No. CV 08-0863 MHP