R. Joseph Trojan CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: 310-777-8399
Facsimile: 310-777-8348
**Attorneys for Plaintiff,**
**PHOENIX SOLUTIONS, INC.**

Daralyn J. Durie CA Bar No. 169,825
Eugene M. Paige CA Bar No. 202,849
Ryan M. Kent CA Bar No. 220,441
Sonali D. Maitra CA Bar No. 254,896
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: 415-391-5400
Facsimile: 415-397-7188
**Attorneys for Defendant**
**WELLS FARGO BANK, N.A.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation,<br><br>Defendant. | Case No. CV08-863MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT** |

TROJAN LAW OFFICES
BEVERLY HILLS

Phoenix Solutions, Inc. ("Phoenix" or "Plaintiff") and Wells Fargo Bank, N.A. through their undersigned counsel, hereby move the Court for, and stipulate to, an order permitting Phoenix to file an amended complaint for the purpose of adding Wells Fargo Funds Management, LLC as a defendant.

Further, Counsel for Wells Fargo Funds Management, LLC stipulates to accept service through the Court's electronic case filing system. Pursuant to Federal Rule of Civil Procedure 12, Wells Fargo Funds Management, LLC's answer to the amended complaint shall be filed within 20 days from the date of the Order permitting the amended complaint to be filed.

**IT IS SO STIPULATED**

| | |
|---|---|
| Respectfully submitted,<br>TROJAN LAW OFFICES | Respectfully submitted,<br>KEKER & VAN NEST |
| /s/ R. Joseph Trojan<br>R. Joseph Trojan<br>Attorney for Plaintiff,<br>PHOENIX SOLUTIONS, INC.<br><br>Date: September 16, 2008 | /s/ Eugene M. Paige<br>Daralyn J. Durie<br>Eugene M. Paige<br>Ryan M. Kent<br>Sonali D. Maitra<br>Attorneys for Defendant,<br>WELLS FARGO BANK, N.A.<br><br>Date: September 16, 2008 |

-1-

**ORDER**

Upon the stipulation of counsel for all parties, the Request to file an amended complaint is hereby granted.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____    _____
The Honorable Marilyn Hall Patel
UNITED STATES DISTRICT JUDGE