```
 1  BRIAN J. STRETCH (CABN 163973)
    Acting United States Attorney
 2
    IOANA PETROU (CABN 170834)
 3  JONATHAN D. SCHMIDT (CABN 230646)
    Assistant United States Attorneys
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102
        Telephone: (415) 436-7189
 6      Facsimile: (415) 436-7234
        ioana.petrou@usdoj.gov
 7      jonathan.schmidt@usdoj.gov

 8  SONDRA L. MILLS (DCBN 367463)
    ALLAN GORDUS (MOBN 48210)
 9  Trial Attorneys

10      DOJ Office of Consumer Litigation
        Liberty Square Building
11      450 5th Street, NW, Sixth Floor South
        Telephone: (202) 616-2375
12      FAX: (202) 514-8742
        sondra.mills@usdoj.gov
13      allan.gordus@usdoj.gov

14  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,             ) | CR No. 08-0164 MHP |
|                                       ) | |
|     Plaintiff,                        ) | STIPULATION AND [PROPOSED] ORDER |
|                                       ) | EXCLUDING TIME |
|     v.                                ) | |
|                                       ) | |
| W. SCOTT HARKONEN,                    ) | |
|                                       ) | |
|     Defendant.                        ) | |
| _____ ) | |

On September 15, 2008, the parties in this case appeared before the Honorable District Court Judge Marilyn H. Patel for further status conference. The parties stipulated that time should be excluded from the Speedy Trial Act calculations from September 15, 2008 to March 5, 2009, at which time the parties are scheduled to appear for a hearing on first round pretrial

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME - CR 08-0164 MHP
1

1  motions.

2  The parties represented that granting the continuance was necessary for effective preparation
3  of counsel given the complexity of the case, nature of the prosecution, and voluminous
4  discovery, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(A)) and
5  (B)(ii).

6  SO STIPULATED:

7                                                               BRIAN J. STRETCH
                                                                 Acting United States Attorney
8

9  DATED: September 15, 2008                    _____/s/_____
10                                                              IOANA PETROU
                                                                Assistant United States Attorney
11

12
   DATED: September 15, 2008                    _____/s/_____
13                                                              WILLIAM M. GOODMAN
                                                                Attorney for W. Scott Harkonen
14

15
        As the Court found on September 15, 2008, and for the reasons stated above, the Court
16
   finds that the ends of justice served by the continuance outweigh the best interests of the public
17
   and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
18
   calculations from  September 15, 2008 to March 5, 2009 for effective preparation of counsel.
19
   See 18 U.S.C. §3161(h)(8)(A).  The failure to grant the requested continuance would deny
20
   counsel reasonable time necessary for effective preparation, taking into account the complexity
21
   of the case and nature of the prosecution, and would result in a miscarriage of justice.  See 18
22
   U.S.C. §3161(h)(8)(B)(ii).
23

24
   SO ORDERED.
25

26
   DATED:  9/18/2008            _____
27                                              Honorable
                                                District
28

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME - CR 08-0164 MHP
2

*IT IS SO ORDERED — Judge Marilyn H. Patel*