KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
EUGENE M. PAIGE - #202849
RYAN M. KENT - #220441
SONALI D. MAITRA–#254896
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>                                        Plaintiff,<br><br>        v.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation<br><br>                                        Defendant. | Case No. CV 08-0863 MHP<br><br>[PROPOSED] ORDER ON ADMINISTRATIVE REQUEST FOR LEAVE TO FILE SUPPLEMENTAL BRIEF<br><br>Date:        TBD<br>Time:       TBD<br>Dept:       Courtroom 15, 18th Floor<br>Judge:      Hon. Marilyn Hall Patel<br><br>Date Comp. Filed:      February 8, 2008<br><br>Trial Date:  TBD |

Having considered Wells Fargo's Administrative Request for Leave to File Supplemental

Brief, the Declaration of Eugene M. Paige in support thereof, and the record in this case, it is

ORDERED that leave to file Wells Fargo's Supplemental Brief is GRANTED, and that brief will

be considered in determining Phoenix's claims of 'settlement' privilege.

HON. M̲                    IT IS SO ORDERED
UNITED

Judge Marilyn H. Patel