TROJAN LAW OFFICES
R. JOSEPH TROJAN - #137067
9250 Wilshire Blvd, Suite 325
Beverly Hills, CA  90212
Telephone:  (310) 777-8399
Facsimile: (310) 777-8348

Attorneys for Plaintiff
PHOENIX SOLUTIONS, INC.

KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
EUGENE M. PAIGE - #202849
RYAN M. KENT - #220441
SONALI D. MAITRA - #254896
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO FUNDS MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>                             Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation, and WELLS FARGO FUNDS MANAGEMENT, LLC, a Delaware limited liability company,<br><br>                             Defendant. | Case No. CV 08-0863 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 7-7 REGARDING DATE OF HEARING ON PARTIES' MOTIONS FOR SUMMARY JUDGMENT**<br><br>**\*As amended by Court.** |

429931.01

STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 7-7 REGARDING DATE OF
HEARING ON PARTIES' MOTIONS FOR SUMMARY JUDGMENT
CASE NO. CV 08-0863 MHP

Pursuant to Local Rule 7-7, undersigned counsel for Phoenix Solutions, Inc. ("Phoenix") and Wells Fargo Bank, N.A. ("Wells Fargo") jointly and respectfully submit this stipulation regarding the date of the hearing on the parties' motions for summary judgment in this matter.

1. On June 9, 2008, the Court entered a minute order (Docket No. 36) that set November 10, 2008, as the hearing date for initial summary judgment motions on inequitable conduct and anticipation.

2. On September 8, 2008, each party filed a motion for summary judgment (Docket Nos. 53 & 51) that noticed the motion to be heard on November 10, 2008.

3. On October 24, 2008, the Court rescheduled the hearing date on each party's motion for summary judgment to November 24, 2008 (Docket No. 111).

4. Counsel for Wells Fargo, Daralyn Durie, has a conflict with appearing on November 24, 2008, at 2:00 p.m. because of a previously scheduled deposition. After conferring, the parties determined that December 1, 2008, was a mutually convenient date for the hearing.

5. Counsel for Phoenix and Wells Fargo therefore stipulate to, and respectfully request, an Order rescheduling the hearing on each party's motion for summary judgment (Docket Nos. 53 & 51) to Monday, December 1, 2008 at 2:00 p.m.

Dated: October 30, 2008                    TROJAN LAW OFFICES

                                           By:  /s/ R. Joseph Trojan
                                           R. Joseph Trojan
                                           Attorneys for Plaintiff
                                           PHOENIX SOLUTIONS, INC.

Dated: October 30, 2008                    KEKER & VAN NEST, LLP

                                           By:  /s/ Ryan M. Kent
                                           Ryan M. Kent
                                           Attorneys for Defendant
                                           WELLS FARGO BANK, N.A.

# [~~PROPOSED~~] ORDER

Upon the joint stipulation of the parties, the request to reschedule the hearing on each party's motion for summary judgment (Docket Nos. 43 & 51) to ~~December 1, 2008~~ January 5, 2009, at 2:00 p.m. is GRANTED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   11/14/2008



IT IS SO ORDERED
Judge Marilyn H. Patel

_____
HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 7-7 REGARDING DATE OF HEARING ON PARTIES' MOTIONS FOR SUMMARY JUDGMENT
CASE NO. CV 08-0863 MHP

429931.01