1  TROJAN LAW OFFICES
   R. JOSEPH TROJAN - #137067
2  9250 Wilshire Blvd, Suite 325
   Beverly Hills, CA  90212
3  Telephone:  (310) 777-8399
   Facsimile: (310) 777-8348
4
   Attorneys for Plaintiff
5  PHOENIX SOLUTIONS, INC.

6  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
7  EUGENE M. PAIGE - #202849
   RYAN M. KENT - #220441
8  SONALI D. MAITRA - #254896
   710 Sansome Street
9  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
10 Facsimile:  (415) 397-7188

11 Attorneys for Defendants
   WELLS FARGO BANK, N.A. and
12 WELLS FARGO FUNDS MANAGEMENT, LLC

13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                          SAN FRANCISCO DIVISION

17

| 18 | PHOENIX SOLUTIONS, INC., a California corporation, | Case No. CV 08-0863 MHP |
|---|---|---|
| 19 | | **STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 7-7 REGARDING DATE OF HEARING ON PHOENIX'S MOTION TO STRIKE AND/OR DISMISS AFFIRMATIVE DEFENSES OF INEQUITABLE CONDUCT** |
| 20 | Plaintiff, | |
| 21 | v. | |
| 22 | WELLS FARGO BANK, N.A., a Delaware corporation, and WELLS FARGO FUNDS MANAGEMENT, LLC, a Delaware limited liability company, | |
| 23 | | |
| 24 | Defendant. | |

431198.01

STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 7-7 RE DATE OF HEARING ON
PHOENIX'S MOT. TO STRIKE AND/OR DISMISS AFF. DEFENSES OF INEQUITABLE CONDUCT
CASE NO. CV 08-0863 MHP

1    Pursuant to Local Rule 7-7, undersigned counsel for Phoenix Solutions, Inc. ("Phoenix")
2 and Wells Fargo Bank, N.A. and Wells Fargo Funds Management, LLC (collectively, "Wells
3 Fargo") jointly and respectfully submit this stipulation regarding the date of the hearing on
4 Phoenix's motion to strike and/or dismiss Wells Fargo's affirmative defenses of inequitable
5 conduct.
6    1.    On October 21, 2008, Phoenix filed a motion to strike and/or dismiss Wells
7 Fargo's affirmative defenses of inequitable conduct (Docket No. 104), noticing that motion for
8 December 1, 2008.
9    2.    On October 30, 2008, the parties filed a stipulation and proposed order seeking to
10 reschedule their motions for summary judgment (which had been rescheduled from November
11 10, 2008 to November 24, 2008, *see* Docket No. 111) for December 1, 2008, the date for which
12 Phoenix's motion to strike and/or dismiss affirmative defenses had been noticed.  *See* Docket
13 No. 115.
14    3.    On November 18, 2008, the Court issued an Order rescheduling the hearing on
15 the parties' motions for summary judgment (Docket Nos. 43 and 51) to January 5, 2009 at 2:00
16 p.m.  *See* Docket No. 151.
17    4.    The issues involved in the motions at Docket No. 104 and Docket No. 43 are
18 similar, and the parties are currently discussing the possibility of a stipulation that would resolve
19 the issues in both Docket No. 104 and Docket No. 43, obviating the need for any hearing on
20 those motions.
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

431198.01

1
STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 7-7 RE DATE OF HEARING ON
PHOENIX'S MOT. TO STRIKE AND/OR DISMISS AFF. DEFENSES OF INEQUITABLE CONDUCT
CASE NO. CV 08-0863 MHP

5.  Accordingly, to prevent the need for a multiplicity of hearings in the case, counsel for Phoenix and counsel for Wells Fargo therefore stipulate to, and respectfully request, an Order rescheduling the hearing on Phoenix's motion to strike and/or dismiss for January 5, 2009 at 2:00 p.m.

Dated:  November 19, 2008                   TROJAN LAW OFFICES

By:  /s/  R. Joseph Trojan_____
R. Joseph Trojan
Attorneys for Plaintiff
PHOENIX SOLUTIONS, INC.

Dated:  November 19, 2008                   KEKER & VAN NEST, LLP

By:  /s/  Eugene M. Paige_____
Eugene M. Paige
Attorneys for Defendant
WELLS FARGO BANK, N.A.

### [PROPOSED] ORDER

Upon the joint stipulation of the parties, the request to reschedule the hearing on Phoenix's motion to strike and/or to dismiss affirmative defenses (Docket No. 104) to January 5, 2009, at 2:00 p.m. is GRANTED. *and motion to strike declaration of Bennett (docket No. 100)*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  11/21/2008

IT IS SO ORDERED
Judge Marilyn H. Patel

HON. _____
UNITED STATES DISTRICT JUDGE

2
STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 7-7 RE DATE OF HEARING ON PHOENIX'S MOT. TO STRIKE AND/OR DISMISS AFF. DEFENSES OF INEQUITABLE CONDUCT
CASE NO. CV 08-0863 MHP

431198.01