KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
EUGENE M. PAIGE - #202849
RYAN M. KENT - #220441
SONALI D. MAITRA – #254896
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO FUNDS MANAGEMENT, LLC

FILED

DEC X 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>                              Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation, and WELLS FARGO FUNDS MANAGEMENT, LLC, a Delaware limited liability company,<br><br>                              Defendants. | Case No. CV 08-0863 MHP<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST TO SET UP ELECTRONIC EQUIPMENT FOR HEARING ON DECEMBER 4, 2008 |

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO SET UP ELECTRONIC EQUIPMENT
FOR HEARING ON DECEMBER 4, 2008
CASE NO. CV 08-0863 MHP

431796.01

After considering the papers submitted, and the papers on file in this case, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' Request to Set Up Electronic Equipment for Hearing on December 4, 2008 in Courtroom 15 is hereby granted. Defendants shall be allowed to bring into the courthouse located at 450 Golden Gate Avenue and set up in Courtroom 15 the following electronic equipment:

- one (1) projector
- one (1) set of speakers
- two (2) laptops
- one (1) video camera
- various extension cords, audio and video cables and switches, power strips and duct tape.

IT IS SO ORDERED.

Dated: 12/3/08

By: _____
HONORABLE MARILYN HALL PATEL
United States District Judge

1
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO SET UP ELECTRONIC EQUIPMENT
FOR HEARING ON DECEMBER 4, 2008
CASE NO. CV 08-0863 MHP

431796.01