# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation, *et al.*<br><br>Defendants. | CASE NO. CV08-0863 MHP<br><br>**[~~PROPOSED~~] ORDER GRANTING PHOENIX SOLUTION, INC.'S REQUEST TO USE ELECTRONIC EQUIPMENT AT TUTORIAL HEARING ON DECEMBER 4, 2008**<br><br>Date: December 4, 2008<br>Time: 2:30 p.m.<br>Hon. Marilyn H. Patel |

**[~~Proposed~~] Order Granting Request to Use Electronic Equipment**　　　　　　　　　　　　　　　　　　　　　　　　　**CV08-0863 MHP**

Upon consideration of Phoenix Solutions, Inc.'s ("Phoenix") Request to Use Electronic Equipment for Tutorial Hearing on December 4, 2008, and for good cause appearing,

IT IS HEREBY ORDERED that Phoenix's Request to Use Electronic Equipment for Tutorial Hearing on December 4, 2008 is granted.  Phoenix shall be allowed to bring into the courthouse located at 450 Golden Gate Avenue and use in Courtroom 15 the following electronic equipment:

- one (1) projector
- one (1) laptop to interface with courtroom monitors/computers/displays
- one (1) set of speakers
- various cords, cables, and other peripheral equipment.

IT IS SO ORDERED.

Dated: 12/3/08



Hon. Judge
United S
Northern

Judge Marilyn H. Patel

[~~Proposed~~] Order Granting Request to Use Electronic Equipment

-1-

CV08-0863 MHP