R. Joseph Trojan  CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   (310) 777-8399
Facsimile:   (310) 777-8348
**Attorney for Plaintiff,**
**PHOENIX SOLUTIONS, INC.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation, *et al.*<br><br>Defendants. | CASE NO. CV08-0863 MHP<br><br>**PHOENIX SOLUTIONS, INC.'S REQUEST TO USE ELECTRONIC EQUIPMENT AT CLAIM CONSTRUCTION HEARING ON DECEMBER 16, 2008**<br><br>Date: December 16, 2008<br>Time: 2:00 p.m.<br>Hon. Marilyn H. Patel |

A claim construction hearing is set for December 16, 2008, 2:00 p.m., at 450 Golden Gate Avenue, Courtroom 15. Phoenix Solutions, Inc. ("Phoenix") hereby respectfully requests permission to bring into the courthouse and use in Courtroom 15 the following electronic equipment:

- one (1) projector
- one (1) laptop to interface with courtroom monitors/computers/displays
- one (1) set of speakers
- various cords, cables, and other peripheral equipment.

Respectfully submitted,

TROJAN LAW OFFICES
By

December 11, 2008          /s/ R. Joseph Trojan
                           R. Joseph Trojan
                           Attorneys for Phoenix,
                           Phoenix Solutions, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation, *et al.*<br><br>Defendants. | CASE NO. CV08-0863 MHP<br><br>[~~PROPOSED~~] **ORDER GRANTING PHOENIX SOLUTION, INC.'S REQUEST TO USE ELECTRONIC EQUIPMENT AT CLAIM CONSTRUCTION HEARING ON DECEMBER 16, 2008**<br><br><br>Date: December 16, 2008<br>Time: 2:00 p.m.<br>Hon. Marilyn H. Patel |

Upon consideration of Phoenix Solutions, Inc.'s ("Phoenix") Request to Use Electronic Equipment at Claim Construction Hearing on December 16, 2008, and for good cause appearing,

IT IS HEREBY ORDERED that Phoenix's Request to Use Electronic Equipment at Claim Construction Hearing on December 16, 2008 is granted.  Phoenix shall be allowed to bring into the courthouse located at 450 Golden Gate Avenue and use in Courtroom 15 the following electronic equipment:

- one (1) projector
- one (1) laptop to interface with courtroom monitors/computers/displays
- one (1) set of speakers
- various cords, cables, and other peripheral equipment.

IT IS SO ORDERED.

Dated: 12/12/2008



Hon.
United
Northe

**[Proposed] Order Granting Request to Use Electronic Equipment**  -1-  **CV08-0863 MHP**