KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
EUGENE M. PAIGE - #202849
RYAN M. KENT - #220441
SONALI D. MAITRA – #254896
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO FUNDS MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>                               Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., a Delaware corporation, and WELLS FARGO FUNDS MANAGEMENT, LLC, a Delaware limited liability company,<br><br>                               Defendants. | Case No. CV 08-0863 MHP<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO SET UP ELECTRONIC EQUIPMENT FOR HEARING ON DECEMBER 16, 2008 |

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO SET UP ELECTRONIC EQUIPMENT
FOR HEARING ON DECEMBER 16, 2008
CASE NO. CV 08-0863 MHP

432643.01

1   After considering the papers submitted, and the papers on file in this case, and good
2   cause appearing,
3   IT IS HEREBY ORDERED that Defendants' Request to Set Up Electronic Equipment
4   for Hearing on December 16, 2008 in Courtroom 15 is hereby granted.  Defendants shall be
5   allowed to bring into the courthouse located at 450 Golden Gate Avenue and set up in Courtroom
6   15 the following electronic equipment:
7   - one (1) projector
8   - two (2) laptops
9   - one (1) video camera
10  - various extension cords, audio and video cables and switches, power strips and duct tape.

IT IS SO ORDERED.

Dated:   12/12/2008



By: _____
HON. MARILYN HALL PATEL
United States District Judge

1
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO SET UP ELECTRONIC EQUIPMENT
FOR HEARING ON DECEMBER 16, 2008
CASE NO. CV 08-0863 MHP

432643.01